**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

NOV 25 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10042 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00289-JAD-NJK-1 |
| v. | |
| CARL WILLIAMS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Jennifer A. Dorsey, District Judge, Presiding

Submitted November 18, 2019[**]

Before:    CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Carl Williams appeals from the district court's judgment and challenges his guilty-plea convictions and concurrent 74-month sentences for possession of a stolen firearm, in violation of 18 U.S.C. §§ 922(j), 924(a)(2), and possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. § 841(a)(1),

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(b)(1)(C).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Williams the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Williams waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**